IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIK C. BELFIORE | * |
| Plaintiff | * |
| v. | *   Civil No.:   06-CV-6481 CJS |
| SUMMIT FEDERAL CREDIT UNION, *et al.* | * |
| Defendants | * |

\* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

MR. CLERK:

Please dismiss the captioned case and any and all claims set forth therein, with prejudice, by agreement of all parties.

William C. Johnson, Jr.
1010 Vermont Avenue, NW, Suite 817
Washington, DC  20005
**ATTORNEY FOR PLAINTIFF**

William John Hickey (#03841)
33 Wood Lane
Rockville, MD 20850
**ATTORNEY FOR DEFENDANT CBA**

Barry Bach (#01795)
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, MD 21204-2600
**ATTORNEYS FOR DEFENDANT SUMMIT FEDERAL CREDIT UNION**